AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 17-SW-00128-DLW | Date and time warrant executed: 09/19/2017 8:52 am | Copy of warrant and inventory left with: N/A - Copy to be provided with discovery |

Inventory made in the presence of:
Investigator Patrick Beyer, La Plata County Sheriff's Office

Inventory of the property taken and name of any person(s) seized:

1 (one) Black in color Verizon Motorola Z Force cellular phone in black "Otter Box" case. Device provided to La Plata County Sheriff's Office Investigator Patrick Beyer for forensic examination.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:58 pm, Sep 19, 2017
JEFFREY P. COLWELL, CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/19/2017

*Executing officer's signature*

MATT P. BUFFINGTON, TFO
*Printed name and title*

Subscribed and sworn before me September 19, 2017

DAVID L. WEST
US MAGISTRATE JUDGE